ROBERT AITKEN v. SOCIETY OF DAUGHTERS OF HOLLAND DAMES, DESCENDANTS OF THE ANCIENT AND HONORABLE FAMILIES OF NEW NETHERLAND.— Motion denied, with ten dollars costs. Present — Finch, Merrell, O'Malley and Sherman, JJ.

BLEAKLEY TRANSPORTATION COMPANY, INC., v. TOMKINS COVE STONE COMPANY, INC.— Motion denied, with ten dollars costs. Present — Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of JOHN RIEGELMAN, as Executor, etc., of AUGUSTA RIEGELMAN, Deceased, for a Peremptory Mandamus Order Directing ARTHUR J. W. HILLY, as Corporation Counsel, etc., to Institute Proceedings etc., to Determine the Compensation for the Damage by Reason of the Closing of Old Avenue C, in the Borough of The Bronx, City of New York.— Motion denied, with ten dollars costs. Present — Martin, Merrell, O'Malley and Sherman, JJ.

SYLVAN LEVY v. LOUIS LEAVITT.— Motion denied, with ten dollars costs. Present — Finch, Merrell, McAvoy and Sherman, JJ.

ETHEL R. RYSKIND v. MORRIS RYSKIND.— Motion for leave to appeal denied, with ten dollars costs. Motion for stay of proceedings to enforce the said order or judgment is granted until the granting or final refusal by the Court of Appeals of such leave to appeal, upon appellant's filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — McAvoy, Martin, O'Malley and Sherman, JJ.

HARRY L. SINGER v. AQUITANIA REALTY CORPORATION, Impleaded with SAMUEL BECK and Others.— Motion for reargument or for leave to appeal denied, with ten dollars costs. Motion for a stay granted until the granting or final refusal by the Court of Appeals of such leave to appeal, upon appellants' filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Finch, Merrell, O'Malley and Sherman, JJ.

ANDREW I. FARB, as Trustee in Bankruptcy, etc., v. GEORGE OLIVER MAY and Others, Individually and as Copartners, etc.— Motion denied, with ten dollars costs. Present — Finch, Merrell, O'Malley and Sherman, JJ.

ROBERT READ and Others v. THE RECTOR, CHURCH WARDENS AND VESTRYMEN OF TRINITY CHURCH IN THE CITY OF NEW YORK and Others.— Motion denied, with ten dollars costs. Present — McAvoy, Martin, O'Malley and Sherman, JJ.

REGINA MARASCO v. PIETRO ALVINO, Impleaded, etc.— Motion denied, with ten dollars costs, and stay vacated. Present — McAvoy, Martin, O'Malley and Sherman, JJ.

GEORGE GILLMAN, Doing Business, etc., v. BROAD BROOK COMPANY.— Motion denied, with ten dollars costs. Present — Finch, Merrell, O'Malley and Sherman, JJ.

MAUD M. BURROWS, as Executrix, etc., of CHARLES W. BURROWS, Deceased, v. MAGNETIC ANALYSIS CORPORATION and Another.— Motion denied, with ten dollars costs. Present — McAvoy, Martin, O'Malley and Sherman, JJ.